| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Friot, Stephen P | 2. Court or Organization District Court . W.D. of Okla. | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. Report Type (check appropriate type) ○ Nomination, ○ Date ○ Initial ● Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 200 N.W. 4th St. Oklahoma City, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only. see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Vice Chairman of the Board | Central Oklahoma Habitat for Humanity, Inc. |
| 2. | Chairman | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 3. | Vice President, Director and member of Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 4. | | |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | N/A | NONE – SEE EXPLANATORY NOTE IN PART VIII |
| 2. | | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 18 A 10: 40 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1.   2004 | Westminster School -- salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Schwab & Co., Inc | Margin Account | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MidFirst Bank - see note in Part VIII | A | Interest | J | T | | | | | |
| 2. Transocean Common | A | Dividend | J | T | SELL | 12/22 | J | A | |
| 3. Deere & Co. Common | A | Dividend | K | T | | | | | |
| 4. Schlumberger Common | A | Dividend | J | T | SELL | 12/22 | J | A | |
| 5. Terex Corp Common | A | Dividend | J | T | | | | | |
| 6. Medtronic Common | A | Dividend | L | T | | | | | |
| 7. Hewlett-Packard Common | A | Dividend | J | T | SELL | 12/22 | J | C | |
| 8. Intel Common | A | Dividend | M | T | | | | | |
| 9. Oracle Common | A | Dividend | J | T | SELL | 12/22 | J | A | |
| 10. Am. Cent Ultra Fund | A | Dividend | J | T | | | | | |
| 11. Templeton Growth Fund | B | Dividend | J | T | SELL | 8/11 | K | C | |
| 12. Salomon S-B IRA - SPF | | | | | | | | | |
| 13. --Transocean Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 14. --Comcast Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 15. --Corus Ent. Common | A | Dividend | J | T | SELL | 4/12 | J | J | |
| 16. --Cox Comm. Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 17. --Schlumberger Com. | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 18. --Shaw Comm. Common | A | Dividend | J | T | SELL | 4/12 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Aim Constellation Fnd | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 20. --EuroPacific Growth Fnd | A | Dividend | K | T | SELL | 4/12 | J | C | |
| 21. --Hancock Strategic Inc | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 22. --S-B International | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 23. Salomon S-B IRA - ████ | | | | | | | | | |
| 24. --Transocean Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 25. --Comcast Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 26. --Corus Ent. Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 27. --Cox Comm. Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 28. --Schlumberger Com. | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 29. --Shaw Comm. Common | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 30. --Aim Constellation Fnd | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 31. --EuroPacific Growth Fnd | A | Dividend | K | T | SELL | 4/12 | K | C | |
| 32. --Hancock Strategic Inc | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 33. --S-B International | A | Dividend | J | T | SELL | 4/12 | J | A | |
| 34. ABRA (KEOGH/401(K)) | | | | | SELL/RED EMPT | 6/7 | O | G | |
| 35. --Intermediate Bond | | None | M | T | SELL | 6/7 | M | D | |
| 36. --Balanced Fund | | None | M | T | SELL | 6/7 | M | C | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.    --Growth Equity | | None | M | T | SELL | 6/7 | M | A | |
| 38.    --T. Rowe Price Int. Stk. | A | Dividend | K | T | SELL | 6/7 | K | C | |
| 39.    TIAA/CREF | | None | | | SEE BELOW | | | | |
| 40.    TIAA-CREF MONEY FUND | A | Dividend | L | T | BUY | 6/10 | L | | |
| 41.    TIAA-CREF INST BOND FUND | C | Dividend | L | T | BUY | 6/10 | L | | |
| 42.    TIAA-CREF HIGH YLD BOND FUND | C | Dividend | L | T | BUY | 6/10 | L | | |
| 43.    TIAA-CREF INFLATION INDEX BOND FUND | B | Dividend | K | T | BUY | 6/10 | K | | |
| 44.    TIAA-CREF SMALL CAP EQUITY FUND | A | Dividend | L | T | BUY | 6/10 | L | | |
| 45.    TIAA-CREF LARGE CAP VALUE FUND | A | Dividend | M | T | BUY | 6/10 | M | | |
| 46.    TIAA-CREF INST GROWTH FUND | B | Dividend | M | T | BUY | 6/10 | M | | |
| 47.    TIAA-CREF MID-CAP EQUITY FUND | A | Dividend | M | T | BUY | 6/10 | M | | |
| 48.    TIAA-CREF INT'L EQUITY FUND | A | Dividend | M | T | BUY | 6/10 | L | | |
| 49.    TIAA-CREF INST REAL ESTATE FUND | B | Distribution | L | T | BUY | 6/10 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report)

Part II – Agreements.  In 2004, I liquidated my ABRA Retirement Plan account that had been held with the American bar Retirement Association and State Street Collective Trust.  Those assets, together with the proceeds of the liquidation of our Smith-Barney IRAs, were placed with TIAA-CREF Trust Company, FSB, in St. Louis, MO.  In turn, TIAA-CREF Trust Company placed those proceeds into various funds selected and managed by TIAA-CREF.  I have no authority to select the investment assets bought or sold by the various TIAA-CREF funds.

Part VII – Investments.  The account at Local Federal Bank (also known as Local Oklahoma Bank and now known as IBC Bank) was moved to MidFirst Bank.

As to the sales of the securities in the IRA accounts and in the ABRA Keogh/401(k), see the above explanation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  May 7, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544